# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00153-CV

**In re Angel R. Trevino**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Jones, Justices Patterson and Pemberton

Filed:  April 10, 2009